

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00374-CR
### NO. 02-13-00375-CR

WALLACE WAYNE BOWMAN, JR.                    APPELLANT

V.

THE STATE OF TEXAS                                    STATE

----------

## FROM THE 97TH DISTRICT COURT OF MONTAGUE COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On May 10, 2010 as part of two plea-bargain agreements, Appellant Wallace Wayne Bowman Jr. pleaded guilty to two charges of capital murder. In accordance with the agreements, the trial court sentenced Appellant to imprisonment for life without parole. The trial court certified in each case that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

Approximately three years later in August 2013, Appellant filed two pro se notices of appeal in the trial court and two motions for extension of time to file the notices in this court. *See* Tex. R. App. P. 26.3. Appellant filed his notices and motions outside of the mandated time limitations, which divests this court of jurisdiction over his attempted appeals. *See* Tex. R. App. P. 26.2(a), 26.3; *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Therefore, we dismiss the appeals for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 29, 2013

---

[2]We note that Appellant's appeals would also be subject to dismissal based on the trial court's certifications that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(d).